NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 21 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

GUIRONG MA,

          Petitioner,

v.

LORETTA E. LYNCH, Attorney General,

          Respondent.

No. 13-73742

Agency No. A088-293-812

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 15, 2016[**]

Before:     GOODWIN, LEAVY, and CHRISTEN, Circuit Judges.

     Guirong Ma, a native and citizen of China, petitions for review of the Board

of Immigration Appeals' order dismissing her appeal from an immigration judge's

("IJ") decision denying her application for asylum and withholding of removal.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without
oral argument.  *See* Fed. R. App. P. 34(a)(2).

We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's factual findings, applying the standards governing adverse credibility determinations created by the REAL ID Act. *Shrestha v. Holder*, 590 F.3d 1034, 1039-1040 (9th Cir. 2010). We deny the petition for review.

Substantial evidence supports the agency's adverse credibility determination based on inconsistencies within Ma's testimony and between her testimony and application as to her son's presence in the United States, and on the IJ's negative demeanor finding. *See id.* at 1048; *Huang v. Holder,* 744 F.3d 1149, 1154 (9th Cir. 2014) (the Court gives "special deference to a credibility determination that is based on demeanor") (citation and internal quotation omitted). Ma's explanations do not compel a contrary result. *See Lata v. INS,* 204 F.3d 1241, 1245 (9th Cir. 2000). In the absence of credible testimony, Ma's asylum and withholding of removal claims fail. *See Farah v. Ashcroft*, F.3d 1153, 1156 (9th Cir. 2003).

**PETITION FOR REVIEW DENIED**.